IT IS FURTHER ORDERED, that Britton comply with the requirements of Rule 6.3 of the North Dakota Procedural Rules for Lawyer Disability and Discipline.

Reinstatement after the six month period of suspension will be automatic provided Britton complies with the provisions of Rule 4.5(B), North Dakota Procedural Rules for Lawyer Disability and Discipline.

RALPH J. ERICKSTAD,
Chief Justice
GERALD W. VANDE WALLE,
Justice
H.F. GIERKE III,
Justice
HERBERT L. MESCHKE,
Justice

LEVINE, J., was absent and did not participate.

spondent was filed with a Petition requesting the Court to enter an order publicly reprimanding Robert W. Palda.

After consideration, the Supreme Court approved the Stipulation, and

ORDERED, that Robert W. Palda be publicly reprimanded.

RALPH J. ERICKSTAD,
Chief Justice
GERALD W. VANDE WALLE,
Justice
H.F. GIERKE III,
Justice
HERBERT L. MESCHKE,
Justice
BERYL J. LEVINE,
Justice

**In the Matter of the Application for DISCIPLINARY ACTION AGAINST Robert W. PALDA, a Member of the Bar of the State of North Dakota.**

**DISCIPLINARY BOARD OF THE SUPREME COURT Of the STATE OF NORTH DAKOTA, Petitioner,**

v.

**Robert W. PALDA, Respondent.**

**No. 900191.**

Supreme Court of North Dakota.

June 28, 1990.

On May 14, 1990, the Report of the Disciplinary Board and Findings and Recommendations of the Hearing Panel recommending that Robert W. Palda, an attorney duly admitted to practice law in the state of North Dakota, be publicly reprimanded were filed with this Court. Subsequently, on June 21, 1990, a Stipulation of discipline signed by Disciplinary Counsel and the Re-

**In the Matter of Bruce C. BRITTON, a Member of the Bar of the State of North Dakota.**

**DISCIPLINARY BOARD OF THE SUPREME COURT OF the STATE OF NORTH DAKOTA, Petitioner,**

v.

**Bruce C. BRITTON, Respondent.**

**No. 900252.**

Supreme Court of North Dakota.

June 28, 1990.

ORDER OF SUSPENSION

A certified copy of an Order of the Virginia State Bar Disciplinary Board suspending Bruce C. Britton from the practice of law in the State of Virginia for a period of five years effective May 21, 1989, was filed in this Court June 25, 1990, together with a Petition for Reciprocal Discipline pursuant to Rule 4.4, NDPRLDD, and Affidavit of Disciplinary Counsel. The Petition, pursuant to the Recommendation of the Discipli-